FILED

2020 APR -6  AM 10: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

MJ20-1524

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR-17-00423-001-TUC-JGZ |
| v. | |
| CHARLES JOHNNY SHEHANE | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S) | |

The above-named defendant was charged by: ARREST WARRANT
in the TUCSON   District of ARIZONA   on 06/03/2019
at 08:00   [x] a.m. / [ ] p.m. The offense was allegedly committed on or about 06/03/2019
in violation of Title 18   U.S.C., Section(s) 3583
to wit: PROBATION VIOLATION

A warrant for defendant's arrest was issued by: DEPUTY CLERK SELINA CORONADO

Bond of $ 0   was [ ] set / [x] recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   4/6/20
              Date

_____       ZULMA MACHADO
Signature of Agent              Print Name of Agent

USMS                            DSO
Agency                          Title

CR-52 (03/20)   DECLARATION RE OUT-OF-DISTRICT WARRANT